■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY BOYD, Appellant. — Appeal by the defendant from a judgment of the Supreme Court, Kings County (Schwartzwald, J.), rendered January 21, 1982, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed (see *People v Ramos,* 63 NY2d 640; *People v Hood,* 62 NY2d 863; *People v Tinsley,* 35 NY2d 926). Mangano, J. P., Gibbons, O'Connor and Boyers, JJ., concur.